## Commonwealth v. Mezzanotti, Appellant.

Argued Oct. 15, 1907. Appeal, No. 114, Oct. T., 1907, by defendant, from judgment of O. & T. Jefferson Co., Jan. T., 1907, No. 2, on verdict of guilty of murder of the second degree in case of Commonwealth v. Gemaro Mezzanotti. Before MITCHELL, C. J., FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ. Affirmed.

OPINION BY MR. JUSTICE BROWN, November 14, 1907:

For the reasons appearing in the opinion herewith filed in Commonwealth v. Ramunno, ante, p. 204, this appeal is dismissed and the judgment below affirmed.